No. 09-8736. Clarence Scott, Petitioner v. United States.

559 U.S. 1015, 130 S. Ct. 1903, 176 L. Ed. 2d 380, 2010 U.S. LEXIS 2653.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

No. 09-8737. Sudesh Mehta, Petitioner v. Federal Home Loan Mortgage Corporation, et al.

559 U.S. 1015, 130 S. Ct. 1903, 176 L. Ed. 2d 380, 2010 U.S. LEXIS 2628.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

No. 09-8756. Luis I. Hernandez, Sr., Petitioner v. Timothy Schuetzle, Warden.

559 U.S. 1015, 130 S. Ct. 1903, 176 L. Ed. 2d 380, 2010 U.S. LEXIS 2703.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

No. 09-8759. Albert Hallmon, Petitioner v. Florida.

559 U.S. 1015, 130 S. Ct. 1903, 176 L. Ed. 2d 380, 2010 U.S. LEXIS 2622.

March 22, 2010. Petition for writ of certiorari to the District Court of Appeal of Florida, Fourth District, denied.

Same case below, 19 So. 3d 413.

No. 09-8765. Richard Marsden, Petitioner v. James McGrady, Superintendent, State Correctional Institution at Retreat, et al.

559 U.S. 1015, 130 S. Ct. 1904, 176 L. Ed. 2d 380, 2010 U.S. LEXIS 2728.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

No. 09-8769. John Tarkowski, Petitioner v. Eric K. Shinseki, Secretary of Veterans Affairs.

559 U.S. 1015, 130 S. Ct. 1904, 176 L. Ed. 2d 380, 2010 U.S. LEXIS 2555.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 352 Fed. Appx. 418.

No. 09-8770. Watson Dixon, Jr., Petitioner v. United States.

559 U.S. 1015, 130 S. Ct. 1904, 176 L. Ed. 2d 380, 2010 U.S. LEXIS 2736.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 353 Fed. Appx. 359.

No. 09-8775. John Anthony Western, Petitioner v. California.

559 U.S. 1016, 130 S. Ct. 1904, 176 L. Ed. 2d 380, 2010 U.S. LEXIS 2552.

March 22, 2010. Petition for writ of certiorari to the Court of Appeal of California, Second Appellate District, denied.